MELVIN E. SHAW, Respondent, *v.* THE NIAGARA WHITE GRAPE COMPANY, Appellant.

*Shaw* v. *Niagara White Grape Co.,* 24 App. Div. 633, affirmed.
(Argued April 3, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered December 29, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*David Millar* for appellant.

*Thomas A. Kirby* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.